

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00191-CV

Noe **GARCIA**, Rosa Garcia, Maria G. Ruel, Unknown Heirs of Conrado Ruben Garcia,
Gloria G. Valdez, Eddie Garcia, Saul Flores, Stella Shull, Joel Flores, Hector Flores,
and Oscar Flores, et al.,
Appellants

v.

Anna Maria **SALAZAR** and Carlos Abel Salazar,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-09-00220-CVL
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. It is ORDERED that the appellees recover their costs of this appeal from the
appellants.

SIGNED September 5, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice